```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

**WILLIAM R. WRIGHT,**

    **Plaintiff,**

  vs.                                    Civil Action 2:12-cv-409
                                                Judge Economus
                                                Magistrate Judge King

**STATE FARM FIRE AND CASUALTY COMPANY,**

    **Defendant.**

## ORDER

Defendant sought and was granted an extension of time, to January 3, 2013, to respond to plaintiff's motion for leave to amend the complaint. *Order*, Doc. No. 24. There has nevertheless been no opposition to the motion for leave to amend.

Plaintiff's motion to amend the complaint, Doc. No. 16, is therefore **GRANTED**. Plaintiff is **ORDERED** to immediately file the amended complaint and to effect service of process, or waiver of service, on the newly-joined defendant.

                                                      *s/Norah McCann King*
                                                       Norah M<sup>c</sup>Cann King
                                              United States Magistrate Judge

January 4, 2013
(Date)